**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

MIDDLE DISTRICT OF FLORIDA

Case number *(if known)* _____    Chapter    **11**

☐ Check if this is an amended filing

Official Form 201

# Voluntary Petition for Non-Individuals Filing for Bankruptcy

04/25

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | | |
|---|---|---|---|
| 1. | **Debtor's name** | **Lafleur Nurseries and Garden Center, LLC** | |
| 2. | **All other names debtor used in the last 8 years** <br> Include any assumed names, trade names and *doing business as* names | | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **27-2068885** | |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **6275 W State Road 46** <br> **Sanford, FL 32771** | |
| Number, Street, City, State & ZIP Code | P.O. Box, Number, Street, City, State & ZIP Code |
| **Seminole** | **Location of principal assets, if different from principal place of business** |
| County | |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

☐ Partnership (excluding LLP)

☐ Other. Specify: _____

Debtor   **Lafleur Nurseries and Garden Center, LLC**                    Case number (*if known*) _____

Name

**7.   Describe debtor's business**

A. *Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Railroad (as defined in 11 U.S.C. § 101(44))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))

■ None of the above

B. *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

C. NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

_____

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

*Check one:*

☐ Chapter 7

☐ Chapter 9

■ Chapter 11. *Check all that apply*:

☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,424,000 (amount subject to adjustment on 4/01/28 and every 3 years after that).

☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D). If the debtor is a small business debtor, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if all of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

■ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and it chooses to proceed under Subchapter V of Chapter 11.

☐ A plan is being filed with this petition.

☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

**9.   Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

■ No.
☐ Yes.

| | | | |
|---|---|---|---|
| District _____ | When _____ | Case number _____ |
| District _____ | When _____ | Case number _____ |

Debtor   **Lafleur Nurseries and Garden Center, LLC**          Case number (if known) _____
    Name

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

■ No
☐ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor _____ | | Relationship _____ | |
| District _____ | When _____ | Case number, if known _____ | |

**11. Why is the case filed in this district?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No
☐ Yes.   Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

    What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
    Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No
☐ Yes.   Insurance agency _____
    Contact name _____
    Phone _____

---

**■ Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ☐ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ■ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ☐ $10,000,001 - $50 million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ■ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

**16. Estimated liabilities**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ■ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |

Debtor   **Lafleur Nurseries and Garden Center, LLC**

Name

Case number (*if known*) _____

☐ $50,001 - $100,000          ☐ $10,000,001 - $50  million          ☐ $1,000,000,001 - $10 billion
☐ $100,001 - $500,000         ☐ $50,000,001 - $100 million         ☐ $10,000,000,001 - $50 billion
☐ $500,001 - $1 million       ☐ $100,000,001 - $500 million        ☐ More than $50 billion

Debtor   **Lafleur Nurseries and Garden Center, LLC**                                    Case number (*if known*)  _____
         Name

### Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on   **June 17, 2025**
              MM / DD / YYYY

X **/s/ Jacob W. Burnham**                                    **Jacob W. Burnham**
  Signature of authorized representative of debtor            Printed name

Title   **Managing Member**

**18. Signature of attorney**

X **/s/ Jeffrey S. Ainsworth**                     Date   **June 17, 2025**
  Signature of attorney for debtor                        MM / DD / YYYY

**Jeffrey S. Ainsworth 060769**
Printed name

**BransonLaw, PLLC**
Firm name

**1501 E. Concord Street**
**Orlando, FL 32803**
Number, Street, City, State & ZIP Code

Contact phone   **407 894 6834**          Email address   **jeff@bransonlaw.com**

**060769 FL**
Bar number and State

---

Official Form 201                    **Voluntary Petition for Non-Individuals Filing for Bankruptcy**                    page 5

**Fill in this information to identify the case:**

Debtor name    **Lafleur Nurseries and Garden Center, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
  amended filing

Official Form 202

# Declaration Under Penalty of Perjury for Non-Individual Debtors    12/15

An individual who is authorized to act on behalf of a non-individual debtor, such as a corporation or partnership, must sign and submit this form for the schedules of assets and liabilities, any other document that requires a declaration that is not included in the document, and any amendments of those documents. This form must state the individual's position or relationship to the debtor, the identity of the document, and the date. Bankruptcy Rules 1008 and 9011.

**WARNING -- Bankruptcy fraud is a serious crime. Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.**

### Declaration and signature

I am the president, another officer, or an authorized agent of the corporation; a member or an authorized agent of the partnership; or another individual serving as a representative of the debtor in this case.

I have examined the information in the documents checked below and I have a reasonable belief that the information is true and correct:

- ■ *Schedule A/B: Assets–Real and Personal Property* (Official Form 206A/B)
- ■ *Schedule D: Creditors Who Have Claims Secured by Property* (Official Form 206D)
- ■ *Schedule E/F: Creditors Who Have Unsecured Claims* (Official Form 206E/F)
- ■ *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G)
- ■ *Schedule H: Codebtors* (Official Form 206H)
- ☐ *Summary of Assets and Liabilities for Non-Individuals* (Official Form 206Sum)
- ☐ Amended *Schedule*
- ■ *Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders* (Official Form 204)
- ☐ Other document that requires a declaration _____

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 17, 2025**        X */s/ Jacob W. Burnham*
                                          Signature of individual signing on behalf of debtor

                                          **Jacob W. Burnham**
                                          Printed name

                                          **Managing Member**
                                          Position or relationship to debtor

Fill in this information to identify the case:

| | |
|---|---|
| Debtor name | **Lafleur Nurseries and Garden Center, LLC** |
| United States Bankruptcy Court for the: | **MIDDLE DISTRICT OF FLORIDA** |
| Case number (if known): | _____ |

☐ Check if this is an

amended filing

## Official Form 204

### Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders
**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31). Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **3 Volcanoes 27845 Shirley Shores RD Tavares, FL 32778** | | **Vendor** | | | | **$34,479.90** |
| **Aramsco, Inc 1911 South Great SW Parkway Grand Prairie, TX 75051** | | **Vendor** | **Unliquidated Disputed** | | | **$40,247.85** |
| **Blaise Gardens 23210 N Buckill Rd Howey in the Hills, FL 34737** | | **Vendor** | | | | **$28,160.00** |
| **Breakout Capital 1451 Dolley Madison Boulevard Mc Lean, VA 22101** | | **MCA** | **Unliquidated Disputed** | | | **$47,230.66** |
| **C Slagter Construction PO Box 1154 Palm City, FL 34991** | | **Vendor** | | | | **$20,105.58** |
| **CCD Tree Service PO Box 112 Osteen, FL 32764** | | **Vendor** | | | | **$48,925.00** |
| **CFG Merchant Solutions, LLC 180 Maiden Lane Floor 15 New York, NY 10038** | | **MCA** | **Unliquidated Disputed** | | | **$506,247.00** |
| **County Line PO Box 656 Plymouth, FL 32768** | | **Vendor** | | | | **$28,230.00** |
| **Cromwell 398 East Dania Beach Boulevard Dania, FL 33004** | | **MCA** | **Unliquidated Disputed** | | | **$117,521.68** |

Debtor  **Lafleur Nurseries and Garden Center, LLC**                    Case number *(if known)* _____
          Name

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **ENOD Capital 1202 Avenue U, Suite 1115 Brooklyn, NY 11229** | | **MCA** | **Unliquidated Disputed** | | | **$116,716.68** |
| **Florida Irrigation Supply (FIS) Sanford, FL 32771** | | **Vendor** | | | | **$261,927.84** |
| **Fox Funding 803 S 21st Ave Hollywood, FL 33020** | | **MCA** | **Unliquidated Disputed** | | | **$229,687.50** |
| **Funding Club 915 Middle River Drive Suite 306 Fort Lauderdale, FL 33304** | | **MCA** | **Unliquidated Disputed** | | | **$487,153.85** |
| **Griffin Trees 16500 S Jefferson Ave Lake Placid, FL 33852** | | **Vendor** | | | | **$129,345.58** |
| **iBusiness Funding Funding Circle PO Box 911077 San Diego, CA 92191-1007** | | **MCA** | **Unliquidated Disputed** | | | **$169,246.48** |
| **Jacob W. Burnham 204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082** | | **Loans to company** | | | | **$44,000.00** |
| **Marshall Tree Farm 17350 SE 65 St. Morriston, FL 32668** | | **Vendor** | | | | **$36,600.00** |
| **Reliable Peat PO Box 491440 Leesburg, FL 34749-1440** | | **Vendor** | | | | **$34,362.09** |
| **Shade Tree Farm 6650 SE 165 Ave Morriston, FL 32668** | | **Vendor** | | | | **$189,980.35** |
| **Sunset Specialty Groundcover PO Box 8459 Jacksonville, FL 32239** | | **Vendor** | | | | **$120,804.31** |

**Fill in this information to identify the case:**

Debtor name      **Lafleur Nurseries and Garden Center, LLC**

United States Bankruptcy Court for the:      MIDDLE DISTRICT OF FLORIDA

Case number (if known)      _____

☐ Check if this is an
amended filing

## Official Form 206Sum
## Summary of Assets and Liabilities for Non-Individuals                    12/15

| Part 1: | Summary of Assets |
|---|---|

1.    **Schedule A/B: Assets-Real and Personal Property** (Official Form 206A/B)

    **1a. Real property:**
    Copy line 88 from *Schedule A/B*.................................................................................... $        **0.00**

    **1b. Total personal property:**
    Copy line 91A from *Schedule A/B*................................................................................. $     **568,637.08**

    **1c. Total of all property:**
    Copy line 92 from *Schedule A/B*................................................................................... $     **568,637.08**

| Part 2: | Summary of Liabilities |
|---|---|

2.    **Schedule D: Creditors Who Have Claims Secured by Property** (Official Form 206D)
Copy the total dollar amount listed in Column A, *Amount of claim,* from line 3 of *Schedule D*.................................... $     **474,752.55**

3.    **Schedule E/F: Creditors Who Have Unsecured Claims** (Official Form 206E/F)

    **3a. Total claim amounts of priority unsecured claims:**
    Copy the total claims from Part 1 from line 5a of *Schedule E/F*............................................................ $        **0.00**

    **3b. Total amount of claims of nonpriority amount of unsecured claims:**
    Copy the total of the amount of claims from Part 2 from line 5b of *Schedule E/F*................................................. +$     **2,808,657.52**

4.    Total liabilities .................................................................................................................
    Lines 2 + 3a + 3b       $     **3,283,410.07**

**Fill in this information to identify the case:**

Debtor name    **Lafleur Nurseries and Garden Center, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known)    _____

☐ Check if this is an
   amended filing

## Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property          12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:**    **Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
■ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| 2. | **Cash on hand** | | **$99,000.00** |

3.     **Checking, savings, money market, or financial brokerage accounts** *(Identify all)*
       Name of institution (bank or brokerage firm)          Type of account          Last 4 digits of account number

| | | | | |
|---|---|---|---|---|
| 3.1. | **BankUnited** | **Checking Account** | **9845** | **$12,956.13** |

4.     **Other cash equivalents** *(Identify all)*

5.     **Total of Part 1.**
       Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.          **$111,956.13**

**Part 2:**    **Deposits and Prepayments**

6. **Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.
■ Yes Fill in the information below.

7.     **Deposits, including security deposits and utility deposits**
       Description, including name of holder of deposit

| | | |
|---|---|---|
| 7.1. | **Deposit with Landlord $10,000.00** | **$0.00** |

| | | |
|---|---|---|
| 7.2. | **Deposit FPL $480.00** | **$0.00** |

Debtor  **Lafleur Nurseries and Garden Center, LLC**          Case number *(If known)* _____
_____
Name

8.    **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
      Description, including name of holder of prepayment

9.    **Total of Part 2.**                                                                    **$0.00**
      Add lines 7 through 8. Copy the total to line 81.

| Part 3: | Accounts receivable |
|---|---|

**10. Does the debtor have any accounts receivable?**

☐ No.  Go to Part 4.
■ Yes Fill in the information below.

11.    **Accounts receivable**

11a. 90 days old or less:          **26,674.00**    -          **0.00** = ....          **$26,674.00**
                                   face amount                doubtful or uncollectible accounts

12.    **Total of Part 3.**                                                                  **$26,674.00**
       Current value on lines 11a + 11b = line 12.  Copy the total to line 82.

| Part 4: | Investments |
|---|---|

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
|---|---|

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
|---|---|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☐ No.  Go to Part 7.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 28.  **Crops-either planted or harvested** | | | |
| 29.  **Farm animals** *Examples: Livestock, poultry, farm-raised fish* | | | |
| 30.  **Farm machinery and equipment** *(Other than titled motor vehicles)* | | | |
| 31.  **Farm and fishing supplies, chemicals, and feed** | | | |
| 32.  **Other farming and fishing-related property not already listed in Part 6**  **Variety of plant species, including flowering plants, palms, grasses, shrubs, and trees.** | **$0.00** | Liquidation | **$14,506.95** |

Debtor    **Lafleur Nurseries and Garden Center, LLC**                    Case number *(If known)* _____
          Name

**33.**    **Total of Part 6.**                                                              | $14,506.95 |
           Add lines 28 through 32.  Copy the total to line 85.

**34.**    **Is the debtor a member of an agricultural cooperative?**
           ■ No
           ☐ Yes.  Is any of the debtor's property stored at the cooperative?
                   ☐ No
                   ☐ Yes

**35.**    **Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**
           ■ No
           ☐ Yes. Book value  _____  Valuation method  _____  Current Value  _____

**36.**    **Is a depreciation schedule available for any of the property listed in Part 6?**
           ■ No
           ☐ Yes

**37.**    **Has any of the property listed in Part 6 been appraised by a professional within the last year?**
           ■ No
           ☐ Yes

---

**Part 7:**    **Office furniture, fixtures, and equipment; and collectibles**

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39.**    **Office furniture** | | | |
| **40.**    **Office fixtures** | | | |
| **41.**    **Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| Computers and printers | $0.00 | | $2,000.00 |

**42.**    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
           books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
           collections; other collections, memorabilia, or collectibles

**43.**    **Total of Part 7.**                                                              | $2,000.00 |
           Add lines 39 through 42.  Copy the total to line 86.

**44.**    **Is a depreciation schedule available for any of the property listed in Part 7?**
           ■ No
           ☐ Yes

**45.**    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
           ■ No
           ☐ Yes

---

**Part 8:**    **Machinery, equipment, and vehicles**

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No.  Go to Part 9.
■ Yes Fill in the information below.

Debtor   **Lafleur Nurseries and Garden Center, LLC**                                Case number *(If known)* _____
         Name

| General description Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47.** | **Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | |
| 47.1.  **2023 Land Rover** VIN#SALE26EU4P2200045 | $0.00 | | $50,000.00 |
| 47.2.  **John Deere tractor Serial #1LV5100EJKK406568** | $0.00 | | $20,000.00 |
| 47.3.  **1999 Daugh Trailer** VIN#D9FG3426X1048250 | $0.00 | | $900.00 |
| 47.4.  **2009 Diamond Trailer Serial#5UZBED09434** | $0.00 | | $500.00 |
| 47.5.  **2009 Loudo Trailer Serial #1L9BU16239N383776** | $0.00 | | $500.00 |
| 47.6.  **2013 All Pro Trailer** VIN#1Z9DG1629DJ213052 | $0.00 | | $3,900.00 |
| 47.7.  **2012 Homemade Trailer** VIN#NOVIV0200946182 | $0.00 | | $500.00 |
| 47.8.  **2014 Dodge 1500** VIN#1C6RR6FT5ES243226 | $0.00 | | $2,900.00 |
| 47.9.  **2015 Isuzu NPR** VIN#54DC4W1B2FS804233 | $0.00 | | $14,000.00 |
| 47.10.  **2016 Ford F250 1FT7W2A61GEA25580** | $0.00 | | $2,900.00 |
| 47.11.  **2015 Ford F350** VIN#1FD8W3HT0FEA63592 | $0.00 | | $14,000.00 |
| 47.12.  **2004 Ford F250** VIN#1FDNF20L44EC56768 | $0.00 | | $3,900.00 |
| 47.13.  **2017 GMC Sierra 1500** VIN#1GTR1LEC3HZ370746 | $0.00 | | $2,500.00 |
| 47.14.  **2017 Ford F-250** VIN1FT7W2A66HEE36376 | $0.00 | | $6,000.00 |
| 47.15.  **2017 Ford F-250** VIN#1FT7W2A68HEE24018 | $0.00 | | $6,000.00 |

Debtor   **Lafleur Nurseries and Garden Center, LLC**                    Case number *(If known)* _____
                Name

| | | | |
|---|---|---|---|
| 47.16. | **2017 Isuzu NPR**<br>**VIN#54DB4J1B8HS805887** | $0.00 | $15,000.00 |
| 47.17. | **2017 Isuzu NPR**<br>**VIN#54DB4J1B6HS805905** | $0.00 | $15,000.00 |
| 47.18. | **2016 Ford F550 Super Duty**<br>**VIN#1FD0W5HT7GED16823** | $0.00 | $18,500.00 |
| 47.19. | **2006 Ford F450 Flatbed**<br>**VIN#1FDXF46Y56EA33066** | $0.00 | $3,900.00 |
| 47.20. | **2017 GMC Sierra Denali**<br>**VIN#3GTU2PEJ8JG534429** | $0.00 | $6,500.00 |
| 47.21. | **2017 Chevrolet Silverado**<br>**VIN#1GCVKNEC2HZ388887** | $0.00 | $5,500.00 |
| 47.22. | **2022 Celtic Dump Trailer**<br>**VIN#4C9BD1623NR661044** | $0.00 | $3,500.00 |
| 47.23. | **2023 Ford Lariat Lightning**<br>**VIN#1FTVW1EV3PWG06303** | $0.00 | $49,000.00 |
| 47.24. | **Komatsu Wa50 Loader Serial #23767** | $0.00 | $10,000.00 |
| 47.25. | **JCB 12K hours Telehandler Serial**<br>**#3267543** | $0.00 | $155,000.00 |

| | | | |
|---|---|---|---|
| 48. | **Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | |
| 49. | **Aircraft and accessories** | | |
| 50. | **Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>**Wright Mowers Serial #WZXT61S61G8E1B** | $0.00 | $3,100.00 |

| | | | |
|---|---|---|---|
| 51. | **Total of Part 8.**<br>Add lines 47 through 50. Copy the total to line 87. | | $413,500.00 |

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
   ■ No
   ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
   ■ No
   ☐ Yes

Debtor    **Lafleur Nurseries and Garden Center, LLC**    Case number *(If known)* _____
_____
Name

## Part 9:    Real property

**54. Does the debtor own or lease any real property?**

☐ No.  Go to Part 10.
■ Yes Fill in the information below.

55.    **Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building, if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1.  **Commercial lease for premises located at 6275 West State Road 46, Sanford, FL 32771** | **Leasehold Interest** | **$0.00** | | **$0.00** |

56.    **Total of Part 9.**                                                                                                  **$0.00**

Add the current value on lines 55.1 through 55.6 and entries from any additional sheets.
Copy the total to line 88.

57.    **Is a depreciation schedule available for any of the property listed in Part 9?**
■ No
☐ Yes

58.    **Has any of the property listed in Part 9 been appraised by a professional within the last year?**
■ No
☐ Yes

## Part 10:    Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

## Part 11:    All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
☐ Yes Fill in the information below.

Debtor    **Lafleur Nurseries and Garden Center, LLC**                    Case number *(If known)* _____
                  Name

| Part 12: | Summary |
|---|---|

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $111,956.13 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $26,674.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $14,506.95 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $2,000.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $413,500.00 | |
| 88. **Real property.** *Copy line 56, Part 9.....................................................................>* | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $568,637.08 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $568,637.08 |

**Fill in this information to identify the case:**

Debtor name   **Lafleur Nurseries and Garden Center, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206D
# Schedule D: Creditors Who Have Claims Secured by Property                    **12/15**

Be as complete and accurate as possible.

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in all of the information below.

**Part 1:    List Creditors Who Have Secured Claims**

2. **List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | Column A **Amount of claim** Do not deduct the value of collateral. | Column B **Value of collateral that supports this claim** |
|---|---|---|

**2.1  Ally**
Creditor's Name

PO Box 380902
Bloomington, MA
05543-8000
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**4881**

Do multiple creditors have an
interest in the same property?

☑ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

Describe debtor's property that is subject to a lien
**2017 GMC Sierra Denali**
**VIN#3GTU2PEJ8JG534429**

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

| | | |
|---|---|---|
| | **$6,963.58** | **$6,500.00** |

**2.2  BankUnited**
Creditor's Name

PO Box 521599
Miami, FL 33152-1599
Creditor's mailing address

Creditor's email address, if known

Date debt was incurred

Last 4 digits of account number
**0829**

Do multiple creditors have an
interest in the same property?

Describe debtor's property that is subject to a lien
**Blanket lien**

Describe the lien

Is the creditor an insider or related party?

☑ No
☐ Yes
Is anyone else liable on this claim?

☐ No
☑ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

As of the petition filing date, the claim is:
Check all that apply

| | | |
|---|---|---|
| | **$111,409.86** | **$0.00** |

Debtor **Lafleur Nurseries and Garden Center, LLC**  Case number (if known) _____
_____
Name

☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.

☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.3 | **Ford Credit** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien      $60,023.82      $49,000.00
**2023 Ford Lariat Lightning**
**VIN#1FTVW1EV3PWG06303**

**PO Box 650575**
**Dallas, TX 75265-0575**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
Creditor's email address, if known      ☐ Yes
Is anyone else liable on this claim?
**Date debt was incurred**      ☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**1021**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.4 | **JCB Finance** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien      $151,246.99      $155,000.00
**JCB 12K hours Telehandler Serial #3267543**

**655 Business Center Drive**
**Horsham, PA 19044**
Creditor's mailing address

Describe the lien
_____

Is the creditor an insider or related party?
☒ No
Creditor's email address, if known      ☐ Yes
Is anyone else liable on this claim?
**Date debt was incurred**      ☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**Last 4 digits of account number**
**7764**

**Do multiple creditors have an**
**interest in the same property?**

As of the petition filing date, the claim is:
Check all that apply
☒ No
☐ Yes. Specify each creditor,
including this creditor and its relative
priority.
☐ Contingent
☐ Unliquidated
☐ Disputed

---

| 2.5 | **John Deere (Deere &** **Company)** | | | |
|---|---|---|---|---|

Creditor's Name

Describe debtor's property that is subject to a lien      $60,747.67      $20,000.00
**John Deere tractor Serial**
**#1LV5100EJKK406568**

**6400 NW 86th Stree**
**Johnston, IA 50131-6600**
Creditor's mailing address

Describe the lien
**PMSI**

Is the creditor an insider or related party?
☒ No

---

Debtor    **Lafleur Nurseries and Garden Center, LLC**                          Case number (if known) _____
                    Name

Creditor's email address, if known                    ☐ Yes
_____                    **Is anyone else liable on this claim?**

**Date debt was incurred**                    ☐ No
**9/18/2023**                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8849**
**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                    ☐ Contingent
☐ Yes. Specify each creditor,                    ☐ Unliquidated
including this creditor and its relative                    ☐ Disputed
priority.

---

| 2.6 | **Land Rover Financial** | Describe debtor's property that is subject to a lien | $57,811.97 | $50,000.00 |

Creditor's Name

**PO Box 650351**                    **2023 Land Rover**
**Dallas, TX 75265-0351**                    **VIN#SALE26EU4P2200045**
Creditor's mailing address

                    **Describe the lien**
                    **PMSI**
                    **Is the creditor an insider or related party?**
Creditor's email address, if known                    ■ No
_____                    ☐ Yes
                    **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☐ No
**5/1/2023**                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**4102**
**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                    ☐ Contingent
☐ Yes. Specify each creditor,                    ☐ Unliquidated
including this creditor and its relative                    ☐ Disputed
priority.

---

| 2.7 | **Sheffield Financial** | Describe debtor's property that is subject to a lien | $26,548.66 | $3,100.00 |

Creditor's Name

**PO Box 580229**                    **Wright Mowers Serial #WZXT61S61G8E1B**
**Charlotte, NC 28258-0229**
Creditor's mailing address

                    **Describe the lien**
                    **PMSI**
                    **Is the creditor an insider or related party?**
Creditor's email address, if known                    ■ No
_____                    ☐ Yes
                    **Is anyone else liable on this claim?**
**Date debt was incurred**                    ☐ No
**6/28/2024**                    ■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)
**Last 4 digits of account number**
**8995**
**Do multiple creditors have an**                    **As of the petition filing date, the claim is:**
**interest in the same property?**                    Check all that apply
■ No                    ☐ Contingent
☐ Yes. Specify each creditor,                    ☐ Unliquidated
including this creditor and its relative                    ☐ Disputed
priority.

---

3.    **Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.**    **$474,752.55**

Debtor  **Lafleur Nurseries and Garden Center, LLC**
        Name

Case number (*if known*) _____

| Part 2: | List Others to Be Notified for a Debt Already Listed in Part 1 |

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
| --- | --- | --- |

Additional Page of **Schedule D: Creditors Who Have Claims Secured by Property**

**Fill in this information to identify the case:**

Debtor name __**Lafleur Nurseries and Garden Center, LLC**__

United States Bankruptcy Court for the: __MIDDLE DISTRICT OF FLORIDA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

### Part 2:  List All Creditors with NONPRIORITY Unsecured Claims

3. **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$34,479.90** |
| **3 Volcanoes** <br> **27845 Shirley Shores RD** <br> **Tavares, FL 32778** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Vendor__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.2** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$3,007.20** |
| **All Electric Services** <br> **104 Commerce St** <br> **Lake Mary, FL 32746** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Vendor__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.3** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,223.44** |
| **AOK Tire** <br> **1215 South French Avenue** <br> **Sanford, FL 32772** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Vendor__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |
| **3.4** Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$40,247.85** |
| **Aramsco, Inc** <br> **1911 South Great SW Parkway** <br> **Grand Prairie, TX 75051** | ☐ Contingent <br> ■ Unliquidated <br> ■ Disputed | |
| Date(s) debt was incurred _ <br> Last 4 digits of account number _ | Basis for the claim: __Vendor__ <br><br> Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Lafleur Nurseries and Garden Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address
**Bent Oak Farm**
**1635 SE County HWY 484**
**Belleview, FL 34420**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$886.88

---

**3.6** | Nonpriority creditor's name and mailing address
**Blaise Gardens**
**23210 N Buckill Rd**
**Howey in the Hills, FL 34737**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$28,160.00

---

**3.7** | Nonpriority creditor's name and mailing address
**Bloom Masters**
**3525 Canal St, Oviedo, FL 32**
**Oviedo, FL 32765**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$262.44

---

**3.8** | Nonpriority creditor's name and mailing address
**Blue Vine**
**500 Arguello Street, Floor 3**
**Redwood City, CA 94063**

Date(s) debt was incurred  **7/8/2024**
Last 4 digits of account number  **007**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset? ■ No ☐ Yes

$13,853.95

---

**3.9** | Nonpriority creditor's name and mailing address
**Blue Vine**
**500 Arguello Street, Floor 3**
**Redwood City, CA 94063**

Date(s) debt was incurred  **10/3/2024**
Last 4 digits of account number  **008**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset? ■ No ☐ Yes

$9,000.00

---

**3.10** | Nonpriority creditor's name and mailing address
**Breakout Capital**
**1451 Dolley Madison Boulevard**
**Mc Lean, VA 22101**

Date(s) debt was incurred  **6/21/2024**
Last 4 digits of account number  **1233**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
■ Unliquidated
■ Disputed

Basis for the claim:  **MCA**

Is the claim subject to offset? ■ No ☐ Yes

$47,230.66

---

**3.11** | Nonpriority creditor's name and mailing address
**Brentwood Nursery**
**6832 Narcoossee Rd**
**Orlando, FL 32822**

Date(s) debt was incurred _
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ■ No ☐ Yes

$3,768.28

---

| Debtor | **Lafleur Nurseries and Garden Center, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.12**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $8,428.53 |
|---|---|---|
| **Briggs Equipment**<br>**10540 N Stemmons Freeway**<br>**Dallas, TX 75220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.13**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,105.58 |
|---|---|---|
| **C Slagter Construction**<br>**PO Box 1154**<br>**Palm City, FL 34991** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.14**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,710.00 |
|---|---|---|
| **C&S Towing**<br>**PO Box 741597**<br>**Orange City, FL 32774** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.15**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | Unknown |
|---|---|---|
| **Capital Indemnity (Surety)**<br>**Brown & Brown 300 North**<br>**Beach St.**<br>**Daytona Beach, FL 32114** | ■ Contingent<br>■ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Surety bond__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.16**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $48,925.00 |
|---|---|---|
| **CCD Tree Service**<br>**PO Box 112**<br>**Osteen, FL 32764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.17**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,328.00 |
|---|---|---|
| **Central Florida Lands & Timb**<br>**3087 N County Road 53**<br>**Mayo, FL 32066** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | | |
| Last 4 digits of account number _ | Basis for the claim:  __Vendor__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.18**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $506,247.00 |
|---|---|---|
| **CFG Merchant Solutions, LLC**<br>**180 Maiden Lane**<br>**Floor 15**<br>**New York, NY 10038** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  3/7/2025 | | |
| Last 4 digits of account number _ | Basis for the claim:  __MCA__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Lafleur Nurseries and Garden Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $28,230.00 |
|---|---|---|
| **County Line**<br>**PO Box 656**<br>**Plymouth, FL 32768** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $117,521.68 |
|---|---|---|
| **Cromwell**<br>**398 East Dania Beach**<br>**Boulevard**<br>**Dania, FL 33004** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **4/30/2025** | Basis for the claim:  **MCA** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $8,500.00 |
|---|---|---|
| **Dick Joyce**<br>**2709 Country Club Rd**<br>**Sanford, FL 32771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $3,155.56 |
|---|---|---|
| **Dynamic Equipment Group**<br>**1620 Tampa East Boulevard, S** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $116,716.68 |
|---|---|---|
| **ENOD Capital**<br>**1202 Avenue U, Suite 1115**<br>**Brooklyn, NY 11229** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| Date(s) debt was incurred  **4/30/2025** | Basis for the claim:  **MCA** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $224.70 |
|---|---|---|
| **Fleet Track USA**<br>**222 Hickman Dr #100**<br>**Sanford, FL 32771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $261,927.84 |
|---|---|---|
| **Florida Irrigation Supply**<br>**(FIS)**<br>**Sanford, FL 32771** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Lafleur Nurseries and Garden Center, LLC**
        _____
        Name

Case number (*if known*) _____

| 3.26 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $229,687.50 |
|---|---|---|---|
| | **Fox Funding**<br>**803 S 21st Ave**<br>**Hollywood, FL 33020** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **4/22/2025** | Basis for the claim:  **MCA** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.27 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $487,153.85 |
|---|---|---|---|
| | **Funding Club**<br>**915 Middle River Drive**<br>**Suite 306**<br>**Fort Lauderdale, FL 33304** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **1/31/2025** | Basis for the claim:  **MCA** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.28 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $129,345.58 |
|---|---|---|---|
| | **Griffin Trees**<br>**16500 S Jefferson Ave**<br>**Lake Placid, FL 33852** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.29 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,840.00 |
|---|---|---|---|
| | **Harell's Fertilizer**<br>**PO Box 807**<br>**Lakeland, FL 33802** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.30 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $15,450.00 |
|---|---|---|---|
| | **Honest Irrigation**<br>**104 Lemon Bluff Rd**<br>**Osteen, FL 32764** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Vendor** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.31 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $169,246.48 |
|---|---|---|---|
| | **iBusiness Funding**<br>**Funding Circle**<br>**PO Box 911077**<br>**San Diego, CA 92191-1007** | ☐ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred  **1/31/2025** | Basis for the claim:  **MCA** | |
| | Last 4 digits of account number  **6471** | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.32 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $44,000.00 |
|---|---|---|---|
| | **Jacob W. Burnham**<br>**204 Lamp Lighters Lane**<br>**Ponte Vedra Beach, FL 32082** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| | Date(s) debt was incurred _ | Basis for the claim:  **Loans to company** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor    **Lafleur Nurseries and Garden Center, LLC**
_____
Name

Case number (if known) _____

---

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,450.26 |

**Jon's Nursery**
**24546 Nursery Way**
**Eustis, FL 32736**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $12,667.70 |

**Lafleur Properties**
**Lance and Michelle Lafleur**
**812 Edgeforest Terrace**
**Sanford, FL 32771**

Date(s) debt was incurred  **6/2025**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Rent**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $36,600.00 |

**Marshall Tree Farm**
**17350 SE 65 St.**
**Morriston, FL 32668**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1,918.75 |

**Plant Life Farms**
**PO Box 11749**
**Miami, FL 33101**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $748.38 |

**Real Fleet Solutions**
**605 Townsend Rd**
**Cocoa, FL 32926**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $34,362.09 |

**Reliable Peat**
**PO Box 491440**
**Leesburg, FL 34749-1440**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $189,980.35 |

**Shade Tree Farm**
**6650 SE 165 Ave**
**Morriston, FL 32668**

Date(s) debt was incurred _____

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Lafleur Nurseries and Garden Center, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $10,409.24 |
|---|---|---|---|

**SiteOne**
**300 Colonial Center Parkway,**
**Roswell, GA 30076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $930.90 |
|---|---|---|---|

**Star-Seal of Florida**
**2740 NW 55th Court**
**Fort Lauderdale, FL 33309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,394.81 |
|---|---|---|---|

**Steel Plus**
**2525 Magnolia Ave**
**Sanford, FL 32773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $120,804.31 |
|---|---|---|---|

**Sunset Specialty Groundcover**
**PO Box 8459**
**Jacksonville, FL 32239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,185.00 |
|---|---|---|---|

**Urban Forestry Works**
**PO Box 37**
**Barberville, FL 32105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,341.15 |
|---|---|---|---|

**Valvoline**
**PO Box 74008513**
**Chicago, IL 60674-8513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:** **Vendor**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**Part 3:**  **List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:**  **Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

Total of claim amounts

Debtor    **Lafleur Nurseries and Garden Center, LLC**
_____
Name

Case number (*if known*) _____

| | | |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ _____ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ _____ **2,808,657.52** |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ _____ **2,808,657.52** |

**Fill in this information to identify the case:**

Debtor name    **Lafleur Nurseries and Garden Center, LLC**

United States Bankruptcy Court for the:    MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases                     12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1.  **Does the debtor have any executory contracts or unexpired leases?**
    ☐ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
    ☑ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*  *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1.** State what the contract or lease is for and the nature of the debtor's interest **Surety bond** | |
| State the term remaining | **Capital Indemnity (Surety)** **Brown & Brown 300 North Beach St.** **Daytona Beach, FL 32114** |
| List the contract number of any government contract | |
| **2.2.** State what the contract or lease is for and the nature of the debtor's interest **Commercial lease for premises located at 6275 West State Road 46, Sanford, FL 32771** | |
| State the term remaining | **Lafleur Properties** **Lance and Michelle Lafleur** **812 Edgeforest Terrace** **Sanford, FL 32771** |
| List the contract number of any government contract | |

**Fill in this information to identify the case:**

Debtor name **Lafleur Nurseries and Garden Center, LLC**

United States Bankruptcy Court for the: MIDDLE DISTRICT OF FLORIDA

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

*Column 1:* **Codebtor**  —  *Column 2:* **Creditor**

| | Name | Mailing Address | Name | Check all schedules that apply: |
|---|---|---|---|---|
| 2.1 | Jacob W. Burnham | 204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082 | Land Rover Financial | ■ D **2.6** ☐ E/F _____ ☐ G _____ |
| 2.2 | Jacob W. Burnham | 204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082 | Sheffield Financial | ■ D **2.7** ☐ E/F _____ ☐ G _____ |
| 2.3 | Jacob W. Burnham | 204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082 | BankUnited | ■ D **2.2** ☐ E/F _____ ☐ G _____ |
| 2.4 | Jacob W. Burnham | 204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082 | John Deere (Deere & Company) | ■ D **2.5** ☐ E/F _____ ☐ G _____ |
| 2.5 | Jacob W. Burnham | 204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082 | JCB Finance | ■ D **2.4** ☐ E/F _____ ☐ G _____ |

| Debtor | **Lafleur Nurseries and Garden Center, LLC** | Case number *(if known)* | |
|---|---|---|---|

▉ **Additional Page to List More Codebtors**

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

| | *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|---|
| 2.6 | Jacob W. Burnham | 204 Lamp Lighters Lane<br>Ponte Vedra Beach, FL 32082 | Blue Vine | ☐ D _____<br>■ E/F __3.9__<br>☐ G _____ |
| 2.7 | Jacob W. Burnham | 204 Lamp Lighters Lane<br>Ponte Vedra Beach, FL 32082 | Blue Vine | ☐ D _____<br>■ E/F __3.8__<br>☐ G _____ |
| 2.8 | Jacob W. Burnham | 204 Lamp Lighters Lane<br>Ponte Vedra Beach, FL 32082 | Fox Funding | ☐ D _____<br>■ E/F __3.26__<br>☐ G _____ |
| 2.9 | Jacob W. Burnham | 204 Lamp Lighters Lane<br>Ponte Vedra Beach, FL 32082 | Cromwell | ☐ D _____<br>■ E/F __3.20__<br>☐ G _____ |
| 2.10 | Jacob W. Burnham | 204 Lamp Lighters Lane<br>Ponte Vedra Beach, FL 32082 | ENOD Capital | ☐ D _____<br>■ E/F __3.23__<br>☐ G _____ |
| 2.11 | Jacob W. Burnham | 204 Lamp Lighters Lane<br>Ponte Vedra Beach, FL 32082 | iBusiness Funding | ☐ D _____<br>■ E/F __3.31__<br>☐ G _____ |
| 2.12 | Jacob W. Burnham | 204 Lamp Lighters Lane<br>Ponte Vedra Beach, FL 32082 | Breakout Capital | ☐ D _____<br>■ E/F __3.10__<br>☐ G _____ |
| 2.13 | Jacob W. Burnham | 204 Lamp Lighters Lane<br>Ponte Vedra Beach, FL 32082 | CFG Merchant Solutions, LLC | ☐ D _____<br>■ E/F __3.18__<br>☐ G _____ |

Debtor   **Lafleur Nurseries and Garden Center, LLC** _____   Case number *(if known)* _____

| | **Additional Page to List More Codebtors** |
|---|---|

Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**   *Column 2:* **Creditor**

| | | | | |
|---|---|---|---|---|
| 2.14 | **Jacob W. Burnham** | **204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082** | **Funding Club** | ☐ D _____ ■ E/F __3.27__ ☐ G _____ |
| 2.15 | **Jacob W. Burnham** | **204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082** | **Capital Indemnity (Surety)** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.16 | **Molly Burnham** | **204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082** | **BankUnited** | ■ D __2.2__ ☐ E/F _____ ☐ G _____ |
| 2.17 | **Molly Burnham** | **204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082** | **Capital Indemnity (Surety)** | ☐ D _____ ■ E/F __3.15__ ☐ G _____ |
| 2.18 | **Jacob W. Burnham** | **204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082** | **Lafleur Properties** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |
| 2.19 | **Jacob W. Burnham** | **204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082** | **Capital Indemnity (Surety)** | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |
| 2.20 | **Molly Burnham** | **204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082** | **Lafleur Properties** | ☐ D _____ ☐ E/F _____ ■ G __2.2__ |
| 2.21 | **Molly Burnham** | **204 Lamp Lighters Lane Ponte Vedra Beach, FL 32082** | **Capital Indemnity (Surety)** | ☐ D _____ ☐ E/F _____ ■ G __2.1__ |

Debtor    **Lafleur Nurseries and Garden Center, LLC**    Case number *(if known)* _____

**Additional Page to List More Codebtors**

**Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.**

| *Column 1:* **Codebtor** | *Column 2:* **Creditor** |
| --- | --- |

| Fill in this information to identify the case: |
| --- |

Debtor name   **Lafleur Nurseries and Garden Center, LLC**

United States Bankruptcy Court for the:   MIDDLE DISTRICT OF FLORIDA

Case number (if known)   _____

☐ Check if this is an
amended filing

## Official Form 207
## Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy                   04/25

**The debtor must answer every question. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and case number (if known).**

**Part 1:**  **Income**

1. **Gross revenue from business**

   ☐ None.

   | Identify the beginning and ending dates of the debtor's fiscal year, which may be a calendar year | Sources of revenue Check all that apply | Gross revenue (before deductions and exclusions) |
   | --- | --- | --- |
   | **From the beginning of the fiscal year to filing date:** From  **1/01/2025** to **Filing Date** | ■ Operating a business ☐ Other _____ | **$1,949,685.05** |
   | **For prior year:** From  **1/01/2024** to **12/31/2024** | ■ Operating a business ☐ Other _____ | **$6,875,131.00** |
   | **For year before that:** From  **1/01/2023** to **12/31/2023** | ■ Operating a business ☐ Other _____ | **$8,515,822.00** |

2. **Non-business revenue**
   Include revenue regardless of whether that revenue is taxable. *Non-business income* may include interest, dividends, money collected from lawsuits, and royalties. List each source and the gross revenue for each separately. Do not include revenue listed in line 1.

   ■ None.

   | | Description of sources of revenue | Gross revenue from each source (before deductions and exclusions) |
   | --- | --- | --- |

**Part 2:**  **List Certain Transfers Made Before Filing for Bankruptcy**

3. **Certain payments or transfers to creditors within 90 days before filing this case**
   List payments or transfers--including expense reimbursements--to any creditor, other than regular employee compensation, within 90 days before filing this case unless the aggregate value of all property transferred to that creditor is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.)

   ☐ None.

   | Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer Check all that apply |
   | --- | --- | --- | --- |

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

| Debtor | **Lafleur Nurseries and Garden Center, LLC** | Case number *(if known)* |
|---|---|---|

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.1. **Florida Irrigation Supply (FIS)** Sanford, FL 32771 | 03/31 - 05/12 | $99,562.36 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.2. **Capital Indemnity (Surety)** Brown & Brown 300 North Beach St. Daytona Beach, FL 32114 | 03/28 - 04/09 | $32,011.25 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.3. **Funding Club** 915 Middle River Drive Suite 306 Fort Lauderdale, FL 33304 | 03/28 -06/06 | $248,153.80 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.4. **Marshall Tree Farm** 17350 SE 65 St. Morriston, FL 32668 | 03/19/25 | $18,325.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.5. **Central Florida Lands & Timber** 3087 N County Road 53 Mayo, FL 32066 | 03/31/25 | $17,405.95 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.6. **JCB Finance** 655 Business Center Drive Horsham, PA 19044 | 05/02/2025 | $15,169.37 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.7. **Urban Forestry Works** PO Box 37 Barberville, FL 32105 | 04/11/25 | $14,250.00 | ☐ Secured debt ☐ Unsecured loan repayments ■ Suppliers or vendors ☐ Services ☐ Other__ |
| 3.8. **Blue Vine** 500 Arguello Street, Floor 3 Redwood City, CA 94063 | 04/08 - 06/09 | $42,638.31 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other__ |

Debtor   **Lafleur Nurseries and Garden Center, LLC**                              Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.9. **Griffin Trees** 16500 S Jefferson Ave Lake Placid, FL 33852 | 04/10 - 05/06 | $26,564.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.10. **CFG Merchant Solutions, LLC** 180 Maiden Lane Floor 15 New York, NY 10038 | 03/21 - 05/30 | $142,791.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.11. **Lafleur Properties** | 04/08 - 05/05 | $25,335.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.12. **3 Volcanoes** 27845 Shirley Shores RD Tavares, FL 32778 | 05/27 | $10,379.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.13. **Breakout Capital** 1451 Dolley Madison Boulevard Mc Lean, VA 22101 | 03/24 - 05/12 | $77,538.48 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.14. **County Line** PO Box 656 Plymouth, FL 32768 | 05/23/25 | $9,357.00 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.15. **Fox Funding** 803 S 21st Ave Hollywood, FL 33020 | 05/02 - 06/06 | $45,937.50 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |
| 3.16. **SiteOne** 300 Colonial Center Parkway, Roswell, GA 30076 | 05/02/25 | $9,036.40 | ☐ Secured debt ☐ Unsecured loan repayments ☐ Suppliers or vendors ☐ Services ☐ Other___ |

Debtor  **Lafleur Nurseries and Garden Center, LLC**                                    Case number *(if known)* _____

| Creditor's Name and Address | Dates | Total amount of value | Reasons for payment or transfer *Check all that apply* |
|---|---|---|---|
| 3.17. **Progressive Express** | **04/03 - 06/03** | **$50,208.87** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.18. **Herc Rentals** | **05/15/25** | **$13,705.12** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |
| 3.19. **Seminole County** | **03/31/25** | **$13,264.94** | ☐ Secured debt<br>☐ Unsecured loan repayments<br>☐ Suppliers or vendors<br>☐ Services<br>☐ Other___ |

4. **Payments or other transfers of property made within 1 year before filing this case that benefited any insider**
   List payments or transfers, including expense reimbursements, made within 1 year before filing this case on debts owed to an insider or guaranteed or cosigned by an insider unless the aggregate value of all property transferred to or for the benefit of the insider is less than $8,575. (This amount may be adjusted on 4/01/28 and every 3 years after that with respect to cases filed on or after the date of adjustment.) Do not include any payments listed in line 3. *Insiders* include officers, directors, and anyone in control of a corporate debtor and their relatives; general partners of a partnership debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(31).

   ☐ None.

| Insider's name and address<br>Relationship to debtor | Dates | Total amount of value | Reasons for payment or transfer |
|---|---|---|---|
| 4.1. **Jacob W. Burnham**<br>**204 Lamp Lighters Lane**<br>**Ponte Vedra Beach, FL 32082**<br>**Managing Member** | **6/2024 to**<br>**6/2025** | **$491,979.26** | **Services provided** |

5. **Repossessions, foreclosures, and returns**
   List all property of the debtor that was obtained by a creditor within 1 year before filing this case, including property repossessed by a creditor, sold at a foreclosure sale, transferred by a deed in lieu of foreclosure, or returned to the seller. Do not include property listed in line 6.

   ■ None

| Creditor's name and address | Describe of the Property | Date | Value of property |
|---|---|---|---|

6. **Setoffs**
   List any creditor, including a bank or financial institution, that within 90 days before filing this case set off or otherwise took anything from an account of the debtor without permission or refused to make a payment at the debtor's direction from an account of the debtor because the debtor owed a debt.

   ■ None

| Creditor's name and address | Description of the action creditor took | Date action was taken | Amount |
|---|---|---|---|

**Part 3:   Legal Actions or Assignments**

7. **Legal actions, administrative proceedings, court actions, executions, attachments, or governmental audits**
   List the legal actions, proceedings, investigations, arbitrations, mediations, and audits by federal or state agencies in which the debtor was involved in any capacity—within 1 year before filing this case.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor   **Lafleur Nurseries and Garden Center, LLC**              Case number *(if known)*

☐ None.

| | Case title<br>Case number | Nature of case | Court or agency's name and address | Status of case |
|---|---|---|---|---|
| 7.1. | **Marias N. Espinoza vs. Jon Allen Bengtson and Lafleur Nurseries and Garden Center**<br>**2024CA001711** | **Auto negligence** | **Seminole County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |
| 7.2. | **Melissa Sanchez vs. Lafleur Nurseries and Garden Center**<br>**2024CA000698** | **Auto negligence** | **Seminole County** | ■ Pending<br>☐ On appeal<br>☐ Concluded |

**8. Assignments and receivership**

List any property in the hands of an assignee for the benefit of creditors during the 120 days before filing this case and any property in the hands of a receiver, custodian, or other court-appointed officer within 1 year before filing this case.

■ None

**Part 4:    Certain Gifts and Charitable Contributions**

**9. List all gifts or charitable contributions the debtor gave to a recipient within 2 years before filing this case unless the aggregate value of the gifts to that recipient is less than $1,000**

■ None

| Recipient's name and address | Description of the gifts or contributions | Dates given | Value |
|---|---|---|---|

**Part 5:    Certain Losses**

**10. All losses from fire, theft, or other casualty within 1 year before filing this case.**

■ None

| Description of the property lost and how the loss occurred | Amount of payments received for the loss<br><br>If you have received payments to cover the loss, for example, from insurance, government compensation, or tort liability, list the total received.<br><br>List unpaid claims on Official Form 106A/B *(Schedule A/B: Assets – Real and Personal Property).* | Dates of loss | Value of property lost |
|---|---|---|---|

**Part 6:    Certain Payments or Transfers**

**11. Payments related to bankruptcy**

List any payments of money or other transfers of property made by the debtor or person acting on behalf of the debtor within 1 year before the filing of this case to another person or entity, including attorneys, that the debtor consulted about debt consolidation or restructuring, seeking bankruptcy relief, or filing a bankruptcy case.

☐ None.

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

Debtor    **Lafleur Nurseries and Garden Center, LLC**                          Case number *(if known)* _____

| | Who was paid or who received the transfer? Address | If not money, describe any property transferred | Dates | Total amount or value |
|---|---|---|---|---|
| 11.1. | **BransonLaw, PLLC** **1501 E. Concord Street** **Orlando, FL 32803** | **Attorney Fees** | **05/07/2025** **and** **6/16/2025** | **$53,262.00** |
| | **Email or website address** **jeff@bransonlaw.com** | | | |
| | **Who made the payment, if not debtor?** | | | |

12. **Self-settled trusts of which the debtor is a beneficiary**
    List any payments or transfers of property made by the debtor or a person acting on behalf of the debtor within 10 years before the filing of this case to a self-settled trust or similar device.
    Do not include transfers already listed on this statement.

■ None.

| Name of trust or device | Describe any property transferred | Dates transfers were made | Total amount or value |
|---|---|---|---|

13. **Transfers not already listed on this statement**
    List any transfers of money or other property - by sale, trade, or any other means - made by the debtor or a person acting on behalf of the debtor within 2 years before the filing of this case to another person, other than property transferred in the ordinary course of business or financial affairs. Include both outright transfers and transfers made as security. Do not include gifts or transfers previously listed on this statement.

☐ None.

| | Who received transfer? Address | Description of property transferred or payments received or debts paid in exchange | Date transfer was made | Total amount or value |
|---|---|---|---|---|
| 13.1. | **Marketisde Equipment Sales** **413 E. Southland Avenue** **Bushnell, FL 33513** | **JCB Wheel Loader** | **5/5/2025** | **$25,000.00** |
| | **Relationship to debtor** **None** | | | |
| 13.2. | **Marketside Equipment Sales** **413 E. Southland Avenue** **Bushnell, FL 33513** | **Bobcat equipment track loader and mini excavator** | **5/22/2025** | **$41,000.00** |
| | **Relationship to debtor** **None** | | | |

**Part 7:    Previous Locations**

14. **Previous addresses**
    List all previous addresses used by the debtor within 3 years before filing this case and the dates the addresses were used.

■ Does not apply

| Address | Dates of occupancy From-To |
|---|---|

**Part 8:    Health Care Bankruptcies**

15. **Health Care bankruptcies**
    Is the debtor primarily engaged in offering services and facilities for:
    - diagnosing or treating injury, deformity, or disease, or
    - providing any surgical, psychiatric, drug treatment, or obstetric care?

Debtor    **Lafleur Nurseries and Garden Center, LLC**                                    Case number *(if known)*

☑ No. Go to Part 9.
☐ Yes. Fill in the information below.

| Facility name and address | Nature of the business operation, including type of services the debtor provides | If debtor provides meals and housing, number of patients in debtor's care |
|---|---|---|

### Part 9:    Personally Identifiable Information

16. **Does the debtor collect and retain personally identifiable information of customers?**

☑ No.
☐ Yes. State the nature of the information collected and retained.

17. **Within 6 years before filing this case, have any employees of the debtor been participants in any ERISA, 401(k), 403(b), or other pension or profit-sharing plan made available by the debtor as an employee benefit?**

☑ No. Go to Part 10.
☐ Yes. Does the debtor serve as plan administrator?

### Part 10:    Certain Financial Accounts, Safe Deposit Boxes, and Storage Units

18. **Closed financial accounts**
Within 1 year before filing this case, were any financial accounts or instruments held in the debtor's name, or for the debtor's benefit, closed, sold, moved, or transferred?
Include checking, savings, money market, or other financial accounts; certificates of deposit; and shares in banks, credit unions, brokerage houses, cooperatives, associations, and other financial institutions.

☑ None

| Financial Institution name and Address | Last 4 digits of account number | Type of account or instrument | Date account was closed, sold, moved, or transferred | Last balance before closing or transfer |
|---|---|---|---|---|

19. **Safe deposit boxes**
List any safe deposit box or other depository for securities, cash, or other valuables the debtor now has or did have within 1 year before filing this case.

☑ None

| Depository institution name and address | Names of anyone with access to it Address | Description of the contents | Does debtor still have it? |
|---|---|---|---|

20. **Off-premises storage**
List any property kept in storage units or warehouses within 1 year before filing this case. Do not include facilities that are in a part of a building in which the debtor does business.

☑ None

| Facility name and address | Names of anyone with access to it | Description of the contents | Does debtor still have it? |
|---|---|---|---|

### Part 11:    Property the Debtor Holds or Controls That the Debtor Does Not Own

21. **Property held for another**
List any property that the debtor holds or controls that another entity owns. Include any property borrowed from, being stored for, or held in trust. Do not list leased or rented property.

☑ None

| Debtor | **Lafleur Nurseries and Garden Center, LLC** | Case number *(if known)* | |
|---|---|---|---|

---

**Part 12:**   Details About Environment Information

For the purpose of Part 12, the following definitions apply:

*Environmental law* means any statute or governmental regulation that concerns pollution, contamination, or hazardous material, regardless of the medium affected (air, land, water, or any other medium).

*Site* means any location, facility, or property, including disposal sites, that the debtor now owns, operates, or utilizes or that the debtor formerly owned, operated, or utilized.

*Hazardous material* means anything that an environmental law defines as hazardous or toxic, or describes as a pollutant, contaminant, or a similarly harmful substance.

**Report all notices, releases, and proceedings known, regardless of when they occurred.**

22.   **Has the debtor been a party in any judicial or administrative proceeding under any environmental law?** Include settlements and orders.

■ No.
☐ Yes. Provide details below.

| Case title Case number | Court or agency name and address | Nature of the case | Status of case |
|---|---|---|---|

23.   **Has any governmental unit otherwise notified the debtor that the debtor may be liable or potentially liable under or in violation of an environmental law?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

24.   **Has the debtor notified any governmental unit of any release of hazardous material?**

■ No.
☐ Yes. Provide details below.

| Site name and address | Governmental unit name and address | Environmental law, if known | Date of notice |
|---|---|---|---|

---

**Part 13:**   Details About the Debtor's Business or Connections to Any Business

25.   **Other businesses in which the debtor has or has had an interest**
List any business for which the debtor was an owner, partner, member, or otherwise a person in control within 6 years before filing this case. Include this information even if already listed in the Schedules.

■ None

| Business name address | Describe the nature of the business | Employer Identification number Do not include Social Security number or ITIN. Dates business existed |
|---|---|---|

26.   **Books, records, and financial statements**
26a. List all accountants and bookkeepers who maintained the debtor's books and records within 2 years before filing this case.
☐ None

| Name and address | Date of service From-To |
|---|---|
| 26a.1.   **Howard, Howard and Hodges 720 Rodel Cove Lake Mary, FL 32746** | **2010 to current** |

26b. List all firms or individuals who have audited, compiled, or reviewed debtor's books of account and records or prepared a financial statement within 2 years before filing this case.

---

Debtor    **Lafleur Nurseries and Garden Center, LLC**                                    Case number *(if known)*

☐ None

| Name and address | Date of service From-To |
|---|---|
| 26b.1.   **Howard, Howard and Hodges**<br>**720 Rodel Cove**<br>**Lake Mary, FL 32743** | **2010 to current** |

26c. List all firms or individuals who were in possession of the debtor's books of account and records when this case is filed.

☑ None

| Name and address | If any books of account and records are unavailable, explain why |
|---|---|

26d. List all financial institutions, creditors, and other parties, including mercantile and trade agencies, to whom the debtor issued a financial statement within 2 years before filing this case.

☑ None

| Name and address |
|---|

27. **Inventories**

Have any inventories of the debtor's property been taken within 2 years before filing this case?

☐ No
☑ Yes. Give the details about the two most recent inventories.

| Name of the person who supervised the taking of the inventory | Date of inventory | The dollar amount and basis (cost, market, or other basis) of each inventory |
|---|---|---|
| 27.1.   **Jacob W. Burnham** | **12/2024** | **$72,534 cost basis** |

| Name and address of the person who has possession of inventory records |
|---|
| **Jacob W. Burnham**<br>**204 Lamp Lighters Lane**<br>**Ponte Vedra Beach, FL 32082** |

28. List the debtor's officers, directors, managing members, general partners, members in control, controlling shareholders, or other people in control of the debtor at the time of the filing of this case.

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Jacob W. Burnham | **204 Lamp Lighters Lane**<br>**Ponte Vedra Beach, FL 32082** | **Managing Member** | **95%** |

| Name | Address | Position and nature of any interest | % of interest, if any |
|---|---|---|---|
| Molly Burnham | **204 Lamp Lighters Lane**<br>**Ponte Vedra Beach, FL 32082** | **Member** | **5%** |

29. **Within 1 year before the filing of this case, did the debtor have officers, directors, managing members, general partners, members in control of the debtor, or shareholders in control of the debtor who no longer hold these positions?**

☑ No
☐ Yes. Identify below.

30. **Payments, distributions, or withdrawals credited or given to insiders**
    Within 1 year before filing this case, did the debtor provide an insider with value in any form, including salary, other compensation, draws, bonuses,

Debtor    **Lafleur Nurseries and Garden Center, LLC**                            Case number *(if known)*

loans, credits on loans, stock redemptions, and options exercised?

☐ No

■ Yes. Identify below.

| | Name and address of recipient | Amount of money or description and value of property | Dates | Reason for providing the value |
|---|---|---|---|---|
| 30.1. | **Jacob W. Burnham** **204 Lamp Lighters Lane** **Ponte Vedra Beach, FL 32082** | **$492.979.26** | **6/2024 to 6/2025** | **Services provided** |
| | **Relationship to debtor** **Managing Member** | | | |

**31. Within 6 years before filing this case, has the debtor been a member of any consolidated group for tax purposes?**

■ No

☐ Yes. Identify below.

| Name of the parent corporation | Employer Identification number of the parent corporation |
|---|---|

**32. Within 6 years before filing this case, has the debtor as an employer been responsible for contributing to a pension fund?**

■ No

☐ Yes. Identify below.

| Name of the pension fund | Employer Identification number of the pension fund |
|---|---|

**Part 14:   Signature and Declaration**

**WARNING** -- Bankruptcy fraud is a serious crime.  Making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both.
18 U.S.C. §§ 152, 1341, 1519, and 3571.

I have examined the information in this *Statement of Financial Affairs* and any attachments and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **June 17, 2025**

**/s/ Jacob W. Burnham**                                              **Jacob W. Burnham**
Signature of individual signing on behalf of the debtor          Printed name

Position or relationship to debtor    **Managing Member**

**Are additional pages to *Statement of Financial Affairs for Non-Individuals Filing for Bankruptcy* (Official Form 207) attached?**
■ No
☐ Yes

Software Copyright (c) 1996-2025 Best Case, LLC - www.bestcase.com

# United States Bankruptcy Court
## Middle District of Florida

In re    **Lafleur Nurseries and Garden Center, LLC**      Case No. _____
                             Debtor(s)       Chapter   **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Jacob W. Burnham** **204 Lamp Lighters Lane** **Ponte Vedra Beach, FL 32082** | **N/A** | **95%** | **Membership Interest** |
| **Molly Burnham** **204 Lamp Lighters Lane** **Ponte Vedra Beach, FL 32082** | **N/A** | **5%** | **Membership Interest** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

       I, the **Managing Member** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date   **June 17, 2025** _____       Signature   **/s/ Jacob W. Burnham** _____
                                                        **Jacob W. Burnham**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
## Middle District of Florida

In re   **Lafleur Nurseries and Garden Center, LLC**            Case No.
                                             Debtor(s)         Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Managing Member of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **June 17, 2025**                  **/s/ Jacob W. Burnham**
                                       **Jacob W. Burnham**/**Managing Member**
                                       Signer/Title

Lafleur Nurseries and Garden Center, LLC
6275 W State Road 46
Sanford, FL 32771

Blaise Gardens
23210 N Buckill Rd
Howey in the Hills, FL 34737

CCD Tree Service
PO Box 112
Osteen, FL 32764

Jeffrey S. Ainsworth
BransonLaw, PLLC
1501 E. Concord Street
Orlando, FL 32803

Bloom Masters
3525 Canal St, Oviedo, FL 32
Oviedo, FL 32765

Central Florida Lands & Timb
3087 N County Road 53
Mayo, FL 32066

3 Volcanoes
27845 Shirley Shores RD
Tavares, FL 32778

Blue Vine
500 Arguello Street, Floor 3
Redwood City, CA 94063

CFG Merchant Solutions, LLC
180 Maiden Lane
Floor 15
New York, NY 10038

All Electric Services
104 Commerce St
Lake Mary, FL 32746

Breakout Capital
1451 Dolley Madison
Boulevard
Mc Lean, VA 22101

County Line
PO Box 656
Plymouth, FL 32768

Ally
PO Box 380902
Bloomington, MA 05543-8000

Brentwood Nursery
6832 Narcoossee Rd
Orlando, FL 32822

Cromwell
398 East Dania Beach
Boulevard
Dania, FL 33004

AOK Tire
1215 South French Avenue
Sanford, FL 32772

Briggs Equipment
10540 N Stemmons Freeway
Dallas, TX 75220

Dick Joyce
2709 Country Club Rd
Sanford, FL 32771

Aramsco, Inc
1911 South Great SW Parkway
Grand Prairie, TX 75051

C Slagter Construction
PO Box 1154
Palm City, FL 34991

Dynamic Equipment Group
1620 Tampa East Boulevard, S

BankUnited
PO Box 521599
Miami, FL 33152-1599

C&S Towing
PO Box 741597
Orange City, FL 32774

ENOD Capital
1202 Avenue U, Suite 1115
Brooklyn, NY 11229

Bent Oak Farm
1635 SE County HWY 484
Belleview, FL 34420

Capital Indemnity (Surety)
Brown & Brown 300 North
Beach St.
Daytona Beach, FL 32114

Fleet Track USA
222 Hickman Dr #100
Sanford, FL 32771

Florida Irrigation Supply
(FIS)
Sanford, FL 32771

Ford Credit
PO Box 650575
Dallas, TX 75265-0575

Fox Funding
803 S 21st Ave
Hollywood, FL 33020

Funding Club
915 Middle River Drive
Suite 306
Fort Lauderdale, FL 33304

Griffin Trees
16500 S Jefferson Ave
Lake Placid, FL 33852

Harell's Fertilizer
PO Box 807
Lakeland, FL 33802

Honest Irrigation
104 Lemon Bluff Rd
Osteen, FL 32764

iBusiness Funding
Funding Circle
PO Box 911077
San Diego, CA 92191-1007

Jacob W. Burnham
204 Lamp Lighters Lane
Ponte Vedra Beach, FL 32082

JCB Finance
655 Business Center Drive
Horsham, PA 19044

John Deere (Deere & Company)
6400 NW 86th Stree
Johnston, IA 50131-6600

Jon's Nursery
24546 Nursery Way
Eustis, FL 32736

Lafleur Properties
Lance and Michelle Lafleur
812 Edgeforest Terrace
Sanford, FL 32771

Land Rover Financial
PO Box 650351
Dallas, TX 75265-0351

Marshall Tree Farm
17350 SE 65 St.
Morriston, FL 32668

Molly Burnham
204 Lamp Lighters Lane
Ponte Vedra Beach, FL 32082

Plant Life Farms
PO Box 11749
Miami, FL 33101

Real Fleet Solutions
605 Townsend Rd
Cocoa, FL 32926

Reliable Peat
PO Box 491440
Leesburg, FL 34749-1440

Shade Tree Farm
6650 SE 165 Ave
Morriston, FL 32668

Sheffield Financial
PO Box 580229
Charlotte, NC 28258-0229

SiteOne
300 Colonial Center Parkway,
Roswell, GA 30076

Star-Seal of Florida
2740 NW 55th Court
Fort Lauderdale, FL 33309

Steel Plus
2525 Magnolia Ave
Sanford, FL 32773

Sunset Specialty Groundcover
PO Box 8459
Jacksonville, FL 32239

Urban Forestry Works
PO Box 37
Barberville, FL 32105

Valvoline
PO Box 74008513
Chicago, IL 60674-8513